# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### GAINESVILLE DIVISION

**ROBIN L SHAW,**

    *Plaintiff,*

v.                                        **CASE NO. 1:15-cv-00074-MP-GRJ**

**CAROLYN W COLVIN,**

    *Defendant.*

_____/

## **ORDER**

This matter is before the Court on the Magistrate Judge's Report and Recommendation dated May 12, 2016. (ECF No. 18). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The time for filing objections has passed, and none have been filed. Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

IT IS ORDERED:

The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order. The decision of the Magistrate Judge, denying benefits, is affirmed. The Clerk is directed to close the file.

**SO ORDERED on August 15, 2016.**

                                      s/Mark E. Walker  
                                      **United States District Judge**